IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. <u>8:13-732</u> |
| | ) | |
| vs. | ) | |
| | ) | <u>MOTION TO DISMISS</u> |
| PHIL NADEAU | ) | <u>INDICTMENT</u> |

COMES NOW, the United States of America, by and through its counsel and respectfully moves the Court for leave to dismiss the Indictment in the above-entitled case without prejudice, and in support of this motion avers as follows:

On August 14, 2013, an Indictment was filed charging the Defendant with violations of Title 18, United States Code, Section 1343.

The reason for the dismissal is the illness of the Defendant which is potentially terminal.

                                                Respectfully submitted,

                                                WILLIAM N. NETTLES
                                                UNITED STATES ATTORNEY

                    BY:

                                                <u>s/ David C. Stephens</u>
                                                DAVID C. STEPHENS
                                                Assistant U.S. Attorney
                                                Federal I.D. No: 3807

March 5, 2015