IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 8:13-732 |
| | ) | |
| vs. | ) | |
| | ) | ORDER DISMISSING |
| PHIL NADEAU | ) | INDICTMENT |

The motion to dismiss is granted and it is hereby ordered and decreed that Indictment No. 8:13-732 against the above Defendant be and the same is hereby dismissed without prejudice.

s/Timothy M. Cain
TIMOTHY M. CAIN
UNITED STATES DISTRICT JUDGE

March 5, 2015

Anderson, South Carolina